UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miranda Pacchiana

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

20 Civ. 5774 (_____) (_____)

- against -

**AFFIRMATION OF SERVICE**

Adam Savage

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Andrew B. Brettler, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Notice of Removal; Civil Case Cover Sheet; Answer and Affirmative Defenses

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* electronic service, pursuant to the agreement between counsel to the following persons *(list the names and addresses of the people you served)*: Jordan K. Merson, Merson Law, PLLC, 150 E. 58th St., 34th Floor, New York, NY 10155; jmerson@mersonlaw.com

on *(date you served the document(s))* July 24, 2020.

July 24, 2020
Dated

Signature
2049 Century Park East, Suite 2400
Address
Los Angeles, CA
City, State
90067
Zip
(310) 556-3501
Telephone Number
abrettler@lavelysinger.com
E-Mail Address

*Rev. 01/2013*