# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Miranda Pacchiana | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:20-cv-05774 |
| Adam Savage | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Miranda Pacchiana

Date: 8/10/2020

*Attorney's signature*

Antigone Curis Bar#5300421
*Printed name and bar number*

950 Third Avenue, 18th Floor
New York, NY 10022
*Address*

acuris@mersonlaw.com
*E-mail address*

212-603-9100
*Telephone number*

347-441-4171
*FAX number*