UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Miranda Pacchiana,	Case No. 20 cv 05774

           Plaintiff,	**(KMK)(PED)**

v.	**ORDER OF REFERENCE**

Adam Savage,	**TO MAGISTRATE JUDGE**

           Defendant.
------------------------------------X

The above entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| | | ____ | SOCIAL SECURITY |
| | | ____ | SETTLEMENT |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | CONSENT UNDER 28 U.S.C. 636© FOR ALL PURPOSES (including trial) |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | CONSENT UNDER 28 U.S.C. 636© FOR LIMITED PURPOSE OF _____ |
| ____ | JURY SELECTION | | |

Dated: November 12, 2020
       White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.
P:\FORMS\Order of Reference.wpd  Rev. 9/10