# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

November 13, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miranda Pacchiana,

                Plaintiff(s),

    *- against -*

Adam Savage,        .

                Defendant(s).

**SCHEDULING ORDER**

7:20-cv-05774-KMK-PED

    The Court has scheduled a **Telephone Conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **December 15, 2020, 2020 at 9:30 a.m.**

    **PLEASE NOTE JUDGE DAVISON'S COVID-19 ORDER** (docketed separately) setting forth procedures applicable to all civil cases.

    **PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE <u>IMMEDIATELY</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Nov 13, 2020**

DOC # _____

SO ORDERED:

/s/ Paul E. Davison
Hon. Paul E. Davison
United States Magistrate Judge

11/13/20