UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MIRANDA PACCHIANA**<br><br>　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**ADAM SAVAGE**<br><br>　　　　　　　　**Defendant.** | Case No.: 20-cv-5774<br><br>**MOTION FOR ADMISSION PRO HAC VICE; AFFIDAVIT OF MARTIN F. HIRSHLAND** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Martin F. Hirshland, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Adam Savage in the above-captioned action.

　　　I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3(c).

Dated: December 9, 2020　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　LAVELY & SINGER PROFESSIONAL
　　　　　　　　　　　　　　　　　　　　　　　CORPORATION
　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Martin F. Hirshland*
　　　　　　　　　　　　　　　　　　　　　　　Martin F. Hirshland
　　　　　　　　　　　　　　　　　　　　　　　2049 Century Park East, Suite 2400
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　　　　(310) 556-3501
　　　　　　　　　　　　　　　　　　　　　　　Email: mhirshland@lavelysinger.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*Adam Savage*

6798-2

## AFFIDAVIT

I, Martin F. Hirshland, hereby affirm as follows:

1. I am an attorney at the law firm Lavely and Singer Professional Corporation and I am licensed to practice law in the State of California. A true and correct copy of my Certificate of Good Standing from the California Supreme Court is attached hereto as Exhibit A.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are not any disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2020

_____
Martin F. Hirshland

2

6798-2

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California )
County of __LOS ANGELES__ )

On __DECEMBER 9, 2020__ before me, __MELANIE JACOBS, NOTARY PUBLIC__,
      Date                                           Here Insert Name and Title of the Officer

personally appeared __MARTIN F. HIRSHLAND__
                                      Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: MELANIE JACOBS, Notary Public - California, Los Angeles County, Commission # 2310795, My Comm. Expires Nov 22, 2023]

Signature __Melanie Jacobs__
                         Signature of Notary Public

Place Notary Seal Above

---
**OPTIONAL**

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

---

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MARTIN FRANCIS HIRSHLAND*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MARTIN FRANCIS HIRSHLAND, #322629, was on the 4th day of December 2018, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 30th day of November 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
R. Toy, Senior Deputy Clerk

## CERTIFICATE OF SERVICE

A copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE; AFFIDAVIT OF MARTIN F. HIRSHLAND** was served this 9th day of December 2020, by electronic mail and federal express standard overnight delivery upon counsel for Plaintiff as follows:

**Antigone Curis, Esq.**
MERSON LAW, PLLC
**950 Third Avenue, 18th Floor**
**New York, NY 10022**
**Telephone: (212) 603-9100**
**Facsimile: (347) 441-4171**
**Email:  acuris@mersonlaw.com**

                                                                                                   _____
                                                                                                   Noelia Echesabal