UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MIRANDA PACCHIANA**<br><br>                    **Plaintiff,**<br><br>vs.<br><br>**ADAM SAVAGE**<br><br>                    **Defendant.** | Case No.: 20-cv-5774<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Martin F. Hirshland for admission to practice Pro Hac Vice in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Martin F. Hirshland
Lavely & Singer Professional Corporation
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:  (310) 556-3501
Fax:  (310) 556-3615

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Adam Savage in the above-captioned action,

**IT IS HEREBY ORDERED** that Martin F. Hirshland is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                            United States District Judge

6798-2

## CERTIFICATE OF SERVICE

A copy of the foregoing **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** was served this 9th day of December 2020, by electronic mail and federal express standard overnight delivery upon counsel for Plaintiff as follows:

**Antigone Curis, Esq.**
MERSON LAW, PLLC
**950 Third Avenue, 18th Floor**
**New York, NY 10022**
**Telephone: (212) 603-9100**
**Facsimile: (347) 441-4171**
**Email:  acuris@mersonlaw.com**

_____
Noelia Echesabal