**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MIRANDA PACCHIANA** | **Case No.: 20-cv-5774** |
| **Plaintiff,** | **MOTION FOR ADMISSION** |
| **vs.** | **PRO HAC VICE** |
| **ADAM SAVAGE** | |
| **Defendant.** | |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Martin F. Hirshland, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Adam Savage in the above-captioned action.

  I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3(c).

Dated: December 9, 2020     Respectfully Submitted,

              LAVELY & SINGER PROFESSIONAL
              CORPORATION
              */s/ Martin F. Hirshland*
              Martin F. Hirshland
              2049 Century Park East, Suite 2400
              Los Angeles, CA 90067
              (310) 556-3501
              Email:  mhirshland@lavelysinger.com
              *Attorneys for Defendant*
              *Adam Savage*

6798-2

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** was served this 9th day of December 2020, by electronic mail and federal express standard overnight delivery upon counsel for Plaintiff as follows:

**Antigone Curis, Esq.**
MERSON LAW, PLLC
**950 Third Avenue, 18th Floor**
**New York, NY 10022**
**Telephone: (212) 603-9100**
**Facsimile: (347) 441-4171**
**Email:  acuris@mersonlaw.com**

_____
Noelia Echesabal

6798-2