UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANDA PACCHIANA<br><br>    Plaintiff,<br><br>vs.<br><br>ADAM SAVAGE<br><br>    Defendant. | Case No.: 20-cv-5774<br><br>**AFFIDAVIT OF MARTIN F. HIRSHLAND IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Martin F. Hirshland, hereby affirm as follows:

1. I am an attorney at the law firm Lavely and Singer Professional Corporation and I am licensed to practice law in the State of California. A true and correct copy of my Certificate of Good Standing from the California Supreme Court is attached hereto as Exhibit A.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are not any disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2020

_____
Martin F. Hirshland

1

6798-2

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __LOS ANGELES__ )

On __DECEMBER 9, 2020__ before me, __MELANIE JACOBS, NOTARY PUBLIC__,
        Date                                                    Here Insert Name and Title of the Officer
personally appeared __MARTIN F. HIRSHLAND__
                                            Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal:
MELANIE JACOBS
Notary Public - California
Los Angeles County
Commission # 2310795
My Comm. Expires Nov 22, 2023]

Signature __Melanie Jacobs__
                Signature of Notary Public

_Place Notary Seal Above_

──────── **OPTIONAL** ────────

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____                Signer's Name: _____
☐ Corporate Officer — Title(s): _____           ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General                    ☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact               ☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator        ☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____                      ☐ Other: _____
Signer Is Representing: _____               Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

# EXHIBIT A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MARTIN FRANCIS HIRSHLAND*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MARTIN FRANCIS HIRSHLAND, #322629, was on the 4th day of December 2018, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 30th day of November 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
R. Toy, Senior Deputy Clerk

## CERTIFICATE OF SERVICE

A copy of the foregoing **AFFIDAVIT OF MARTIN F. HIRSHLAND** was served this 9th day of December 2020, by electronic mail and federal express standard overnight delivery upon counsel for Plaintiff as follows:

**Antigone Curis, Esq.**
MERSON LAW, PLLC
**950 Third Avenue, 18th Floor**
**New York, NY 10022**
**Telephone: (212) 603-9100**
**Facsimile: (347) 441-4171**
**Email:  acuris@mersonlaw.com**

_____
Noelia Echesabal