

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MARTIN FRANCIS HIRSHLAND*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that MARTIN FRANCIS HIRSHLAND, #322629, was on the 4th day of December 2018, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 30th day of November 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
R. Toy, Senior Deputy Clerk