AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Miranda Pacchiana ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7-20-cv-05774 |
| Adam Savage ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Miranda Pacchiana

Date:   02/09/2021

*Attorney's signature*

Frances L. Garfinkel #2496966
*Printed name and bar number*
Merson Law PLLC
950 Third Avenue, 18th Floor
New York, New York  10022

*Address*

fgarfinkel@mersonlaw.com
*E-mail address*

(212) 603-9100
*Telephone number*

(347) 441-4171
*FAX number*