AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Miranda Pacchiana<br>*Plaintiff*<br>v.<br>Adam Savage<br>*Defendant* | )<br>)<br>) Case No. 20-cv-05774<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Miranda Pacchiana

Date: 02/09/2021

*Attorney's signature*

Jordan Rutsky #4278610
*Printed name and bar number*
Merson Law, PLLC
950 Third Avenue, 18th Floor
New York, New York 10022

*Address*

jrutsky@mersonlaw.com
*E-mail address*

(212) 603-9100
*Telephone number*

(347) 441-4171
*FAX number*