# Merson Law, PLLC

950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office



# Merson Law, PLLC

Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

May 24, 2021

**VIA ECF**
Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, New York  10601-4150

Re: Pacchiana v. Savage. S.D.N.Y. Case No. 20-cv-5774-KMK-PED

Your Honor:

This Firm represents plaintiff Miranda Pacchiana in the above-referenced matter.

The parties are pleased to report that this matter has settled. We thank you, Magistrate Davison and court staff for your assistance throughout the course of this litigation.

Respectfully submitted,

Frances L. Garfinkel

Cc: Andrew Brettler, Esq.
    Lavely & Singer